## United States District Court for the Northern District of Illinois

Case Number: 08cv2438              Assigned/Issued By: j. n.

Judge Name:                         Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                        _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

__1__ Original and __0__ copies on __4-29-08__ as to __e. shy enterprises,__
                                    (Date)
__inc.__ _____

_____