UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND, ET AL.** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **E.SHY ENTERPRISES, INC. D/B/A SUCCESS VENTURES** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 2438** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 09, 2008**, at **2:56 PM**, I served the above described documents upon **E.SHY ENTERPRISES, INC. D/B/A SUCCESS VENTURES** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JOHN VARDE / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **30 W MONROE ST., STE 710, CHICAGO, IL 60603**.

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **60**  Hgt: **5'8"**  Wgt: **180**  Hair: **GRAY**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 12th day of May, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME: <br> Laborers Pension and Welfare Funds* | ORIGINAL PROOF OF SERVICE | TRACKING # <br> 38445 |
|---|---|---|